**DEFAULT O/E JAD**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kelley M. Yesko <br>                                 Debtor(s) | |
| PENNYMAC LOAN SERVICES, LLC <br>                                 Movant <br>                           v. <br> Kelley M. Yesko <br>                                 Respondent(s) <br>                           and <br> Charles O. Zebley, Jr. Esq., Trustee <br>                                 Additional Respondent | BK. NO. 20-22077 JAD <br><br> CHAPTER 7 <br><br> Doc. # 13 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

       AND NOW, this 16th day of September, 2020, at Pittsburgh, upon Motion of PENNYMAC LOAN SERVICES, LLC, it is

       **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 2490 Anthony Cir Hubbard, Hubbard, OH 44425-0000 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                        _____ jsf
                                                        United States Bankruptcy Judge
       FILED                                             Jeffery A. Deller
       9/16/20 4:06 pm
       CLERK
       U.S. BANKRUPTCY
       COURT - WDPA

Kelley M. Yesko
1823 East Washington Street
New Castle, PA 16101

Paula J. Cialella Esq.
113 North Mercer Street (VIA ECF)
New Castle, PA 16101
paula@cialellalaw.com

Charles O. Zebley, Jr. Esq.
P.O. Box 2124 (VIA ECF)
Uniontown, PA 15401
coz@zeblaw.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kelley M Yesko  
    Debtor

Case No. 20-22077-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Sep 16, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.  
db         +Kelley M Yesko,   1823 E Washington Street,   New Castle, PA 16101-4486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:  
        Brian Nicholas    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bnicholas@kmllawgroup.com  
        Charles O. Zebley, Jr.    COZ@Zeblaw.com,  PA67@ecfcbis.com;Lyndie@Zeblaw.com  
        James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Paula J. Cialella    on behalf of Debtor Kelley M Yesko paula@nypalaw.com,  
         jennie@nypalaw.com;kayann@nypalaw.com  
                                                                          TOTAL: 5