| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kelley M Yesko**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−7076**<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **20−22077−JAD** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelley M Yesko

10/21/20                                                                        **By the court:**   <u>Jeffery A. Deller</u>
                                                                                               United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22077-JAD |
| Kelley M Yesko | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: 318 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelley M Yesko, 1823 E Washington Street, New Castle, PA 16101-4486 |
| 15264099 | | Action Collection Agency of Boston, PO Box 902, Middleboro, MA 02346-0902 |
| 15264101 | | Associated Credit Services, Inc., PO Box 5171, Westborough, MA 01581-5171 |
| 15264107 | | Dominion Energy Ohio, PO Box 26785, Richmond, VA 23261-6785 |
| 15264108 | + | Dr. Michael Parish D.D.S., 211 N Main Street, Hubbard, OH 44425-1657 |
| 15264109 | + | Family First Swiftcare LLC, 850 S Hermitage RD Suite B15, Hermitage, PA 16148-3679 |
| 15264110 | | Lawrence County Eye Associates, PC, 708 North Jefferson Street, New Castle, PA 16101-2178 |
| 15264111 | + | Lawrence County Family Medicine, 2520 Wilmington Road, New Castle, PA 16105-1644 |
| 15264112 | | MDIG of Pennsylvania LLC, PO Box 98251, Las Vegas, NV 89193-8251 |
| 15264113 | | Medical Diagnostic Laboratories, LLC, 2439 Kuser Road, Hamilton, NJ 08690-3303 |
| 15264114 | | Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 15264335 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264116 | | Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 15264117 | | Pennymac Loan Services LLC, 6101 Condor Drive, Simi Valley, CA 93065 |
| 15264118 | + | Primary Health Network, PO Box 716, Sharon, PA 16146-0716 |
| 15264119 | | Radiologybill, PO Box 786, Richmond, IN 47375-0786 |
| 15264120 | | Republic Services, PO Box 9001099, Louisville, KY 40290-1099 |
| 15264123 | | Sharon Regional Medical Center, PO Box 419726, Boston, MA 02241-9726 |
| 15264124 | | Steward Medical Group Inc., Attn# 21023W, PO Box14000, Belfast, ME 04915-4033 |
| 15264125 | + | The Receivable Management Services, PO Box 19646, Minneapolis, MN 55419-0646 |
| 15264127 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2020 01:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2020 01:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Oct 22 2020 04:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15264100 | + | EDI: GMACFS.COM | Oct 22 2020 04:43:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15264102 | | EDI: CAPITALONE.COM | Oct 22 2020 04:43:00 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5015 |
| 15264103 | | Email/Text: Bk@c2cfsi.com | Oct 22 2020 01:43:00 | Coast to Coast Financial, PO Box 2086, Thousand Oaks, CA 91358-2086 |

| | | | | |
|---|---|---|---|---|
| 15264104 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 22 2020 01:43:00 | Collection Service Center, Inc., 839 Fifth Ave, New Kensington, PA 15068-6303 |
| 15264105 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 22 2020 01:43:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15264106 | + | EDI: DCI.COM | Oct 22 2020 04:43:00 | Diversified Consultants Inc., 10550 Deerwood Park Blvd Ste 708, Jacksonville, FL 32256-2810 |
| 15264121 | | Email/Text: ebnteam@sscu.net | Oct 22 2020 01:43:00 | SevenSeventeen Credit Union, 3181 Larchmont Ave. NE, Warren, OH 44483-2498 |
| 15264126 | | Email/Text: DL-ICOMSBankruptcy@charter.com | Oct 22 2020 01:43:00 | Time Warner Cable, PO Box 0901, Carol Stream, IL 60132-0901 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15264122 | *+ | SevenSeventeen Credit Union, 3181 Larchmont Ave. NE, Warren, OH 44483-2498 |
| 15264115 | ##+ | Penn Credit Corporation, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Debtor Kelley M Yesko paula@nypalaw.com  jennie@nypalaw.com;kayann@nypalaw.com |

TOTAL: 4